UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIONA SMITH,

    Plaintiff,

v.                                                CASE NO. 8:10-cv-02626-EAK-MAP

FIRST SOURCE ADVANTAGE, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, FIONA SMITH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: February 28, 2011                    RESPECTFULLY SUBMITTED,

                                                    By: /s/ James Pacitti
                                                    James Pacitti (FBN: 119768)
                                                    Krohn & Moss, Ltd
                                                    10474 Santa Monica Blvd, Suite 401
                                                    Los Angeles, CA 90025
                                                    (323) 988-2400 x 230
                                                    (866) 802-0021 (fax)
                                                    jpacitti@consumerlawcenter.com
                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, James Pacitti, certify that a true and correct copy of the foregoing was served electronically via CM/ECF upon all counsel of record including the following:

Dale Thomas Golden
Golden & Scaz, PLLC
201 N Armenia Ave
Tampa, FL 33609
dale.golden@goldenscaz.com
Attorney for Defendant

DATED: February 28, 2011               By:/s/ James Pacitti
                                            James Pacitti
                                            Attorney for Plaintiff